The People of the State of New York, Respondent,
against
Darin Brown, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Tamiko A. Amaker, J.), rendered October 28, 2015, convicting him, upon a plea of guilty, of disorderly conduct, and imposing sentence.




Per Curiam.
Judgment of conviction (Tamiko A. Amaker, J.), rendered October 28, 2015, reversed, on the law, accusatory instrument dismissed, and surcharge, if paid, remitted.
Reversal of the judgment convicting defendant of disorderly conduct is mandated since, as the People concede, the allegations in the accusatory instrument were jurisdictionally insufficient to meet the elements of the charged crimes of petit larceny (see Penal Law § 155.25) and criminal possession of stolen property in the fifth degree (see Penal Law § 165.40). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: April 10, 2017